1  **WO**

7             IN THE UNITED STATES DISTRICT COURT

8                FOR THE DISTRICT OF ARIZONA

```
United States of America,        )
                                 )
              Petitioner,        )   No. MC 06-00123-PHX RCB
                                 )
       vs.                       )        O R D E R
                                 )
William R. Fitzpatrick,          )
                                 )
              Respondent.        )
_____)
```

   After considering the "Motion for Modification of Order, or, in the Alternative, Stay of Order and Request for Expedited Ruling," (doc. #15) by respondent William R. Fitzpatrick, the court hereby ORDERS petitioner, the United States of America, to serve respondent personally or via FAX, and to electronically file with the court, petitioner's Response to this motion by no later than 12:00 noon, Thursday, May 3, 2007.  Respondent's reply, if any, shall be personally served or served via FAX and

. . .

1  electronically filed with the court by no later than 4:00 p.m.,
2  Friday, May 4, 2007.
3       IT IS ORDERED.
4       DATED this 30th day of April, 2007.

                    _____
                    Robert C. Broomfield
                    Senior United States District Judge

10 Copies to counsel of record